


UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>KENNETH VALLE,<br><br>Debtor(s). | Case No. 10-24566-B-7<br><br>Chapter 7. |
| KENNETH VALLE,<br><br>Plaintiff(s),<br><br>vs.<br><br>U.S. BANK, N.A., as Trustee, CITIGROUP MORTGAGE, and DOES 1 through 250, inclusive,<br><br>Defendant(s). | Adversary No. 10-2245-B<br><br>**ORDER TO SHOW CAUSE RE SANCTIONS FOR FAILURE TO ATTEND STATUS CONFERENCE**<br><br>Date: September 15, 2010<br>Time: 9:30 a.m.<br>Place: Courtroom 32<br>Sixth Floor<br>United States Courthouse<br>501 I Street<br>Sacramento, CA 95814 |

A Status Conference in the above-captioned Adversary Proceeding was held on June 30, 2010 at 9:30 a.m., as set forth in the Summons issued May 6, 2010 (Dkt. 3). Neither Plaintiff nor any defendant appeared. However, the docket does not reflect proper service on any defendant. Accordingly, this Order To Show Cause is directed only to Plaintiff. This adversary proceeding was filed May 5, 2010. One hundred twenty days from May 5, 2010 is September 2, 2010. It is hereby

ORDERED, that the Status Conference is continued to September 15, 2010 at 9:30 a.m.

ORDERED, that Plaintiff shall appear on the date and at the time and place set forth above and show cause, if any he has, why



CALENDARED JBK

sanctions should not be imposed by the court for failure to attend the Status Conference held June 30, 2010. Plaintiff may appear by telephone on September 15, 2010.

ORDERED, that Plaintiff shall appear on the date and at the time and place set forth above and show cause, if any he has, why this adversary proceeding should not be dismissed without prejudice for failure to serve any defendant in compliance with Federal Rule of Bankruptcy Procedure ("F.R.Bankr.P.") 7004 within 120 days after the filing of the adversary proceeding.

ORDERED, that if Plaintiff fails to appear on September 15, 2010, or appears but fails to show acceptable cause, then in addition to assessing monetary sanctions, the court may dismiss the adversary proceeding pursuant to Bankruptcy Rule 7041, incorporating F.R.Civ.P. 41(b), for failure to prosecute and failure to obey an order of the court and/or pursuant to Bankruptcy Rule 7016, incorporating F.R.Civ.P. 16(f), for failure to attend and participate meaningfully in a pre-trial conference.

ORDERED, that if Plaintiff fails to appear on September 15, 2010, or appears but fails to show that all defendants were properly served on or before September 2, 2010, then the court will, pursuant to F.R.Bankr.P. 7004(a)(1), incorporating F.R.Civ.P. 4(m), dismiss the adversary proceeding without prejudice as to each defendant that was not properly and timely served.

//

//

//

//

ORDERED, that nothing in this order excuses compliance with any procedure applicable to this adversary proceeding.

Dated: JUN 30 2010

Thomas C. Holman
United States Bankruptcy Judge